**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

IN RE:

Steven Ray Hollowell



DEBTOR(S)

CHAPTER 13

CASE NO.: LA11-36461-TD

**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**

DATE:      July 19, 2011
TIME        9:00 am
PLACE:    ERNST & YOUNG PLAZA
               725 S. FIGUEROA ST. ROOM  103
               LOS ANGELES, CA 90017

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will**

**now occur at the time and place listed above.**

Dated:  7/7/11

**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **STEVEN RAY HOLLOWELL** | |
|---|---|
| | CHAPTER:  13 |
| | CASE NUMBER:  **LA11-36461-TD** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐     Service information continued on attached page

II.     **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/7/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

III.     **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 7/7/2011 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re **STEVEN RAY HOLLOWELL** | CHAPTER:  13 |
| | CASE NUMBER:  **LA11-36461-TD** |

## Service List

American General Finance
20038 Hawthorne Blvd.
Torrance, CA 90503

ASCENSION CAPITAL GROUP, INC
ATTN: BMW BANK OF NORTH AMERICA, INC DEPT
PO BOX 201347
ARLINGTON, TX 76006

AUM
P.O. Box 60068
Los Angeles, CA 90060

Bank Of America
P.O. Box 1598
Norfolk, VA 23501

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Capital One
P.O. Box 5155
Norcross, GA 30091

Capital One
P.O. Box 54529
Oklahoma City, OK 73154

Capital One
P.O. Box 85520
Richmond, VA 23285

CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY, CA 91716

Cardiovascular Medical
Universal Accounts, Inc
690 E Green St, Ste 300
Pasadena, CA 91101

Devry, Inc
814 Commerce Dr, Ste 100
Oak Brook, IL 60523

FIA CARD SERVICES, N.A.
AS SUCCESSOR TO BANK OF AMERICA NA
AND MBNA AMERICA BANK
PO BOX 15102
WILMINGTON, DE 19886-5102

Franchise Tax Board
BK Section MS:  A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
BK Section MS:  A-340
P.O. Box 2952
Sacramento, CA 95812-2952

FRANCHISE TAX BOARD
SPECIAL PROCEDURES
P O BOX 2952
SACRAMENTO, CA 95812-2952

Hsbc Bank
P.O. Box 5253
Carol Stream, IL 60197

INTERNAL REVENUE SERVICE
300 N LOS ANGELES ST.
ROOM 4062
STOP 5022
LOS ANGELES, CA 90012

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

Legal Recovery Law Offices
5030 Camino de La Siesta, #340
San Diego, CA 92108

Los Angeles Police Fcu
16150 Sherman Way
Van Nuys, CA 91406

Michelle A Marchisotto
12440 E Imperial Hwy Ste 140
Norwalk, CA 90650

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

So Calif Edison Company
2131 Walnut Grove Ave
Rosemead, CA 91770

SOUTHERN CALIFORNIA EDISON COMPANY
ATTENTION: CREDIT AND PAYMENT SERVICES
300 N LONE HILL AVE
SAN DIMAS, CA 91773

Steven Ray Hollowell
7137 Alvern Street, #H104
Los Angeles, CA 90045

Superior Court of California
County of Los Angeles
1725 Main Street
Santa Monica, CA 90401

USAA FEDERAL SAVINGS BANK
C/O WEINSTEIN & RILEY, P.S.
P O BOX 3978
SEATTLE, WA 98124-3978

WINTERBOTHAM PARHAM TEEPLE, A PC
12440 E IMPERIAL HWY
SUITE 140
NORWALK, CA 90650

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**